UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. **5:18-cv-02098-JFW (MAA)**　　　　　　　　　　　　Date: **January 29, 2021**

Title　　**Chris A. Tingirides v. California Department of Corrections and Rehabilitation et al.**

Present:　The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**　　Order to Show Cause Regarding Plaintiff's Status Report

　　On December 2, 2020, the Court issued an Order granting Plaintiff Chris A. Tingirides' ("Plaintiff") Motion to Stay and Abey ("Order"). (Order, ECF No. 60.) The Order stayed this action until the California Department of Corrections and Rehabilitation ("CDCR") eases restrictions such that Plaintiff is able to litigate this case and file a Second Amended Complaint ("SAC"). (*Id.* at 3.) The Court ordered Plaintiff to file monthly status reports on the second day of each month, advising whether the CDCR has eased the restrictions imposed due to COVID-19, such that he is able to litigate this case and file a SAC. (*Id.*) The first status report was due January 4, 2021 (as January 2, 2021 was a Saturday). (*Id.*)

　　To date, Plaintiff has not filed a status report. Plaintiff is **ORDERED TO SHOW CAUSE** by **March 1, 2021** why the Court should not recommend that the lawsuit be dismissed for failure to comply with a Court order. If Plaintiff files a status report on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

　　**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**. *See* C.D. Cal. L.R. 41-1.

It is so ordered.

**Time in Court:**　0:00
**Initials of Preparer:**　JM